# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOHN FOLEY,

    **Plaintiff,**

v.                        **CASE NO: 8:22-cv-1034-MSS-AEP**

MICROTRAC INC.

    **Defendant.**

_____/

## PLAINTIFF'S NOTICE OF RESOLUTION

Pursuant to Local Rule 3.09(a) Plaintiff, JOHN FOLEY, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, MICROTRAC INC., has been resolved.

Dated this 1st day of August, 2022.

                                            Respectfully submitted,

                                            */s/ Luis A. Cabassa*
                                            **LUIS A CABASSA**
                                            Florida Bar No. 0053643
                                            WENZEL FENTON CABASSA, P.A.
                                            1110 N. Florida Avenue
                                            Suite 300
                                            Tampa, Florida 33602
                                            Main No.: 813-224-0431
                                            Direct No.: 813-229-8712
                                            Facsimile No.: 813-229-8712
                                            Email: lcabassa@wfclaw.com
                                            Email: gnichols@wfclaw.com
                                            **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of August, 2022, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Luis A Cabassa*
**LUIS A CABASSA**
