## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**JOHN FOLEY,**

      **Plaintiff,**

**v.**                               **Case No: 8:22-cv-1034-MSS-AEP**

**MICROTRAC, INC.,**

      **Defendant.**

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon review of Plaintiff's Notice of Resolution, (Dkt. 8), filed on August 1, 2022 it is hereby **ORDERED** pursuant to Local Rule 3.09 of the United States District Court for the Middle District of Florida, that the case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, upon **good cause shown**. After the sixty-(60)-day period, this dismissal shall be with prejudice. The **Clerk** is **DIRECTED** to terminate any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of August, 2022.

_____

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person